UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FREDERICK D. FOLLETTI,

          Petitioner,

v.

R. CATERNOLO,

          Respondent.

Case No. 2:24-cv-00542-RSM-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Frick, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Court orders this case be transferred to the District of Oregon fourteen (14) days after the issuances of this Order in accordance with the Local Civil Rule 3 and the case be closed.

(3) The Clerk is directed to send copies of this Order to petitioner, counsel for respondent, and to the Hon. Theresa L. Fricke.

Dated this 10th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE